IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                          Case No. 07-10142-16-JTM

SYCARR GREENLEY,

    Defendant.

**MEMORANDUM AND ORDER**

    Presently before the court is defendant Sycarr Greenley's motion for reconsideration of detention order (Dkt. No. 294). This court conducted a hearing on the matter on March 5, 2008. The Government appeared by and through Chris Oakley, Special Assistant United States Attorney, and the defendant appeared in person and through counsel, Mark Schoenhofer.

    The court considered proffers from the government and the defendant, the report from pretrial services, arguments from both sides, as well as the defendant's extensive criminal history, his unstable employment history, and his history of failure to comply with conditions of supervision. Based upon all of those factors, the court denies Greenley's motion.

    IT IS ACCORDINGLY ORDERED this 5th day of March, 2008 that defendant Greenley's motion for reconsideration of detention order (Dkt. No. 294) is denied, and Greenley is to remain in custody.

                                                       s/ J. Thomas Marten
                                                       J. THOMAS MARTEN, JUDGE