IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                       Case No. 07-10142-16-JTM

SYCARR GREENLEY,

    Defendant.

**MEMORANDUM AND ORDER**

Presently before the court is defendant Sycarr Greenley's motion for reconsideration of detention order (Dkt. No. 546). This court conducted a hearing on the matter on September 2, 2008. The court then took the matter under advisement, and ordered psychological and substance abuse evaluations for Mr. Greenley (Dkt. No. 568).

After a careful review of the results of the evaluations and upon the consideration of the facts and circumstances surrounding this case, the court denies Mr. Greenley's request, and orders that he remain in custody.

IT IS ACCORDINGLY ORDERED this 12th day of February, 2009, that defendant Greenley's motion for reconsideration of detention order (Dkt. No. 546) is denied, and Greenley is to remain in custody.

                                                  s/ J. Thomas Marten
                                                  J. THOMAS MARTEN, JUDGE