IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          Case No. 6:07-cr-10142-JTM-16

SYCARR GREENLEY,

        Defendant.

**MEMORANDUM AND ORDER**

This matter is before the court on defendant Sycarr Greenley's Motion for Early Termination of Supervised Release (Dkt. 1889). The United States opposes the motion (Dkt. 1893). After reviewing the circumstances of the request, the court concludes that the motion should be denied.

Section 3583(e)(1) of Title 18 provides in part that after expiration of at least one year of supervised release, and after considering the factors in § 3553(a), a district court may end a term of supervision and discharge the defendant "if it is satisfied that such action is warranted by the conduct of the defendant … and the interest of justice."

Defendant argues that since beginning supervised release, he has met all of his conditions, including maintaining steady employment, avoiding illegal drugs, and continuously submitting monthly reports. A report of the Probation Office essentially confirms these statements. But a review of the record also shows that defendant has an extensive criminal history, with prior convictions including theft, drugs, and sexual

assault. His conviction in the instant case was for racketeering and possession with intent to distribute cocaine base. He completed his custodial sentence of 96 months and has now served a little over one year of the five-year term of supervision that was imposed by the court.

Defendant has made a commendable start to supervision. But considering all of the circumstances, including defendant's history and characteristics, the court concludes that continued supervision will be helpful to the defendant and will enable him to maintain the positive transition he has begun.

**IT IS THEREFORE ORDERED** this 15th day of July, 2016, that defendant's Motion for Early Termination of Supervised Release (Dkt. 1889) is DENIED.

    ___s/ J. Thomas Marten_____
    J. THOMAS MARTEN, JUDGE